1
Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
2
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
3
Tel.: (562)437-7006
Fax: (562)432-2935
4
E-mail: Laura.Krank@rksslaw.com

5
Attorneys for Plaintiff
Dorothy Reynolds
6

7

8
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
9

10

| | | |
|---|---|---|
| 11 | DOROTHY REYNOLDS, | ) Case No.: CV 12-1595 JC |
| 12 | | ) ORDER OF  DISMISSAL |
| | Plaintiff, | ) |
| 13 | | ) |
| | vs. | ) |
| 14 | MICHAEL J. ASTRUE, | ) |
| | Commissioner of Social Security, | ) |
| 15 | | ) |
| 16 | Defendant. | ) |
| 17 | | ) |

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21

22
DATE:     June 12, 2012
23
                                    /s/
                    THE HONORABLE JACQUELINE CHOOLJIAN
24
                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-